380

JOSEPH MEAHER, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 12, 1930.*

CHARLES T. RANDOLPH, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This cause coming on to be heard upon motion of claimant to dismiss the above entitled cause for the reason that the claim has been satisfied and paid, and the court being fully advised in the premises, and there being no reason why the case should not be dismissed, it is therefore considered by the court that the cause be, and the same is hereby dismissed.